DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABU DHABI NATIONAL INSURANCE CO.,     :     08 Civ.  **08 CIV. 6590**

        *Plaintiff,*     :

- against -     :     **STATEMENT UNDER F.R.C.P. 7.1**

ALL WORLD SHIPPING, INC.,     :     JUDGE KEENAN

        *Defendant.*     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Abu Dhabi National Insurance Co. certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- None

Dated: Rye, New York
       July 24, 2008

MALOOF BROWNE & EAGAN LLC

By: _____
   David T. Maloof (DM 3350)
   Thomas M. Eagan (TE 1713)
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200

*Attorneys for Plaintiff Abu Dhabi National Insurance, Co.*